IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                                 Case. No.: 00CR033-01(JAF)

ALEX CINTRON-RODRIGUEZ
TN: ALEXIS JAVIER CINTRON-RODRIGUEZ
*******************************************

MOTION NOTIFYING DEATH

TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this Honorable Court,** notifying Your Honor that on November 18, 2005, the defendant was murdered in Guayanilla, Puerto Rico. Attached, please find the defendant's death certificate which our office received in April 2006.

In San Juan, Puerto Rico, this 25th day of May, 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

S/Malissa Y. Aponte
 U.S. Probation Officer
 150 Carlos Chardón Avenue
 Federal Office Building, Room 400
 San Juan, PR 00918
 (787) 294-1648

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 25, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such a filing to the following: Assistant U.S. Attorney Rose M. Vega and Yazmin Irizarry, Esq.

In San Juan, Puerto Rico, this 25th day of may, 2006.

S/Malissa Y. Aponte
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 294-1648