DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)
REGISTRO DEMOGRAFICO
(DEMOGRAPHIC REGISTRY)
CERTIFICACION DE DEFUNCION
(CERTIFICATION OF DEATH)

NUMERO  A769129

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2006-00021-029061-232670-01820419

NOMBRE DEL FALLECIDO (DECEASED NAME)
ALEX JAVIER CINTRON RODRIGUEZ

SEGURO SOCIAL (SOCIAL SECURITY)
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

SEXO (SEX)
M

ESTADO CIVIL (MARITAL STATUS)
NUNCA SE CASO (NEVER MARRIED)

FECHA DEFUNCION (DEATH DATE)
18 NOV 2005

FECHA REGISTRO (REGISTRATION DATE)
19 ENE 2006

LUGAR DEFUNCION (DEATH PLACE)
YAUCO, PUERTO RICO

FUE EMBALSAMADO? (WAS EMBALMED?)
SI FUE EMBALSAMADO (EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)
04 MAY 1976

EDAD (AGE)
29 AÑOS

LUGAR NACIMIENTO (BIRTHPLACE)
PONCE, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)
JOSE L CINTRON

NOMBRE DE LA MADRE (MOTHER'S NAME)
DAISY RODRIGUEZ

FECHA EXPEDICION (DATE ISSUED)
21 ABR 2006

UNITED STATES DISTRICT COURT

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE DEFUNCION OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

DEPARTAMENTO DE SALUD
REGISTRO DEMOGRAFICO
DISTRITO NUM. 0232
PONCE R.D. PRINCIPAL

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

DEPARTAMENTO DE SALUD
GOBIERNO DE PUERTO RICO

Dando Salud... a tu Vida.
ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.
WARNING: Any alteration or erasure voids this certification.